400 A.2d 636

Commonwealth v. Jerry Hill, Appellant.

Submitted November 14, 1977. Paul R. Gettleman, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 636

Commonwealth v. Holcombe, Appellant.

Submitted September 15, 1978. Alan Ellis, for appellant; William S. Kieser, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.